UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANICE BENNETT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-6364-SS** |
| **WAL-MART STORES, INC., et al** | |

### ORDER

DEFENDANT'S MOTION TO COMPEL (Rec. doc. 12)

**GRANTED IN PART AND DENIED IN PART**

Wal-Mart Stores, Inc. ("Wal-Mart"), seeks an order compelling plaintiff, Janice Bennett ("Bennett"), to label documents produced by her to identify the documents responsive to each discovery request. Wal-Mart's motion was set for submission on December 31, 2014. Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing of the motion. No memorandum in opposition to Wal-Mart's motion to compel was submitted. Accordingly, this motion is deemed to be unopposed, and, it has merit.

IT IS ORDERED that: (1) Wal-Mart's motion to compel (Rec. doc. 12) is GRANTED in PART and DENIED in PART; (2) by **Wednesday, January 14, 2015**, Bennett shall bates number all documents produced to Wal-Mart by that date and identify by reference to the bates numbers the documents responsive to each of Wal-Mart's discovery requests; and (3) Wal-Mart's request for sanctions is denied.

New Orleans, Louisiana, this 31st day of December, 2014.

_____
SALLY SHUSHAN
U.S. Magistrate Judge